UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| NATOSSIA N. HERNANDEZ, )<br>)<br>Plaintiff, )<br>) <br>VS. )<br>)<br>NATIONAL CREDIT ADJUSTERS, )<br>LLC, )<br>)<br>Defendants. ) | CIVIL ACTION NO.<br><br>3:18-CV-2260-G |

### ORDER

The parties having advised the court that this case has been settled, it is

**ORDERED** that the final judgment or order of dismissal be presented for entry by

**May 21, 2019**.  If it is not, then the case will be subject to dismissal.

March 21, 2019.

_____
**A. JOE FISH**
**Senior United States District Judge**